**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

KYRIMA ANDERSON,                     :
                                     :
           Plaintiff,                :
                                     :
v.                                   :       Case No. 3:26-cv-58-CDL-ALS
                                     :
THE STATE OF GEORGIA, *et al.,*      :
                                     :
           Defendants.               :

---

**ORDER**

Plaintiff Kyrima Anderson, a prisoner incarcerated in Pulaski State Prison in Hawkinsville, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1). Plaintiff did not submit her pleading on the required § 1983 complaint form, pay the filing fee, or move to proceed *in forma pauperis* ("IFP"). Accordingly, Plaintiff is **ORDERED** to (1) recast her complaint on a standard form, and (2) either pay the $405.00 filing fee or submit a properly completed motion to proceed IFP. Plaintiff must complete the entire IFP application by filling out the motion and declaration as well as submitting "a certified copy of [her] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(2).

The recast complaint must contain a caption that clearly identifies, by name, each individual that Plaintiff has a claim against and wishes to include as a defendant in this action. Plaintiff is to name only the individuals associated with the claim or related claims that she is pursuing in this action. Plaintiff must then tell the Court exactly how that individual violated her constitutional or federal statutory rights, including (1) what each defendant did (or did not do) to violate her rights; (2) when and where each action

occurred; and (3) how Plaintiff was injured as a result of each defendant's actions. Plaintiff must complete the entire complaint form.

Plaintiff's recast complaint **shall take the place of and supersede all allegations made in the original pleading**. The Court will only consider the factual allegations and claims contained in Plaintiff's recast complaint on the enclosed § 1983 form. Thus, any fact Plaintiff deems necessary to her lawsuit should be clearly stated in her recast complaint, even if Plaintiff has previously alleged it in another filing. As stated above, Plaintiff must name each defendant she wishes to sue and if Plaintiff fails to link a named defendant to a claim, the claim will be dismissed.

Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this Order to (1) refile her complaint on the Court's standard § 1983 form, and (2) either pay the $405.00 filing fee or submit a properly completed motion to proceed IFP. The Clerk is **DIRECTED** to mail Plaintiff a standard 42 U.S.C. § 1983 complaint form, and a copy of the Court's standard IFP application and associated documents with this Order. Plaintiff must immediately inform the Court in writing of any change in her mailing address and failure to do so may result in dismissal of this action. Plaintiff's failure to fully and timely comply with this Order may result in the dismissal of this action. There shall be no service of process pending further order of the Court.

**SO ORDERED**, this 26th day of May, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE