IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| KYRIMA ANDERSON, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 3:26-CV-00058-CDL-ALS |
| THE STATE OF GEORGIA, et al, | * | |
| Defendants. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated October 8, 2026, and for the reasons stated therein, JUDGMENT is hereby entered, dismissing this case.

This 8th day of October, 2026.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk